■ In the Matter of HENRY J. KRUK, Appellant, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents. — Judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Thompson, Niehoff and Boyers, JJ., concur.

■ In the Matter of STELLA LA PIETRA, Respondent, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and ROBERT T. LEE et al., Appellants. — Judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, affirmed, without costs or disbursements (see *Matter of Curran v McNab,* 96 AD2d 916). Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.

■ In the Matter of RICHARD E. LASNIER, Respondent, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and CHARLES DE MARTINO et al., Appellants. — Judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.

■ In the Matter of JAMES J. MALLOY et al., Appellants, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and FREDRIC SCHEINFELD, Respondent-Respondent. — In a proceeding to invalidate the petition designating Fredric Scheinfeld as a candidate in the Conservative Party primary election to be held on September 13, 1983, for the office of District Court Judge, Fourth District, the appeal is from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated August 17, 1983, which dismissed the application. Judgment affirmed, without costs or disbursements. (*Matter of La Mendola v Mahoney,* 49 AD2d 798.) Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.